IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACK LEROY HIGGINBOTHAM,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| )    Case No.:  12-cv-2076 JTM/DJW | |
| ) | |
| HAASE and LONG, INC.,    ) | |
| ) | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: March 13, 2012     By: s/J. Mark Meinhardt
     J. Mark Meinhardt (#20245)
    Attorneys for Plaintiff
    9400 Reeds Road, Suite 210
    Overland Park, KS  66207
    (913) 451-9797
    (913) 451-6163 (fax)
    Mark@meinhardtlaw.com

    **BASSFORD REMELE,** *A Professional Association*

Dated:   March 1, 2012     By  s/Michael A. Klutho
    Michael A. Klutho (License #78069)
    Attorneys for Defendant
    33 South Sixth Street, Suite 3800
    Minneapolis, Minnesota  55402-3707
    Telephone:   (612) 333-3000
    Facsimile:     (612) 333-8829
    mklutho@bassford.com